# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-12-00380-CV

**In re Robert Jesse Padilla**

ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

**M E M O R A N D U M  O P I N I O N**

Relator's petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Filed: June 15, 2012